**Order entered August 9, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00492-CV

## IVERY T. WILLIAMS, Appellant

## V.

## DAVID GUTIERREZ, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-04233-A**

## ORDER

The clerk's record in this case is overdue. By order dated June 17, 2019 we informed the Dallas County Clerk's office that appellant had been found entitled to proceed without payment of costs and directed them to file the clerk's record within thirty days. To date, the clerk's record has not been filed and the Dallas County Clerk's office has not communicated with the Court regarding the status of the clerk's record.

So that this appeal can proceed, we again **ORDER** the Dallas County Clerk to file the clerk's record within **TEN DAYS** of the date of this order.

And, to **CLARIFY** the Court's July 18, 2019 letter regarding deficiencies in appellant's brief, appellant's amended brief is not due to be filed until thirty days after the clerk's record is

filed.  *See* TEX. R. APP. P. 38.6(a).  Failure to file an amended brief at that time, may result in the dismissal of this appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

We **DIRECT** the Clerk to send copies of this order to, John Warren, Dallas County Clerk, and all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE